**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| JUSTIN SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>ONE SOURCE TECHNOLOGY, LLC D/B/A ASURINT,<br><br>Defendant. | Civil Action No.: 2:22-cv-00244-RWS-JCF<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Justin Smith ("Plaintiff") and Defendant One Source Technology, LLC d/b/a Asurint ("Asurint"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Asurint only/as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Dated: June 12, 2023,

By: *__/s/ Levi Y. Eidelman__*
Levi Y. Eidelman
*admitted pro hac vice*
**CONSUMER ATTORNEYS**
300 Cadman Plaza West, 12th Floor, Suite 12040
Brooklyn, NY 11201
T: (718) 360-0763
E: leidelman@consumerattorneys.com

Misty Oaks Paxton, Esq.
**THE OAKS FIRM**
3895 Brookgreen Pt.
Decatur, GA 30034
T: (404) 725-5697
F: (775) 320-3698
E: attyoaks@yahoo.com

*Attorneys for Plaintiff Justin Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: *__/s/ Sierra M. Stewart__*
Sierra M. Stewart