**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| JUSTIN SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>ONE SOURCE TECHNOLOGY, LLC D/B/A ASURINT,<br><br>Defendant. | Civil Action No.: 2:22-cv-00244-RWS-JCF<br><br>**ORDER** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant One Source Technology, LLC d/b/a Asurint ("Asurint"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 8/22/23

HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE